## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

RUTH WASHINGTON  :
1205 Carrollsburg Place, S.W.
Washington, D.C. 20024

    Plaintiff  :

v.  :  Case #

HOME DEPOT, INC.  :
a/k/a Home Depot U.S.A., Inc.
2455 Paces Ferry Road, NW, C-8
Atlanta, GA 30339-4024
                                                               :

    Defendant

### NOTICE OF REMOVAL

Home Depot U.S.A., Inc., Defendant, by its attorney, Matthew T. Angotti, respectfully presents the following Notice of Removal from the Superior Court of the District of Columbia, pursuant to 28 U.S.C. §1441, *et seq*, and states as grounds for removal:

1. Plaintiff, Ruth Washington, has filed an action against Home Depot U.S.A., Inc., in the Superior Court of the District of Columbia, Case #05-0007792, alleging injuries when a display fell from a setting, striking Plaintiff in the foot and ankle. A copy of the Complaint together with all of the pleadings filed in the Superior Court of the District of Columbia are attached hereto as Exhibit 1.

2. This action is removable to this Court on the grounds of diversity of citizenship as the Plaintiff, Ruth Washington, is alleged to be a resident of Washington, D.C. Defendant, Home Depot U.S.A., Inc., is a Delaware Corporation with its principal offices in Atlanta, Georgia. The amount in controversy exceeds Seventy Five Thousand ($75,000.00) Dollars, as the damages claimed by Plaintiff are in excess of Eight Hundred and Fifty Thousand ($850,000.00).

3. Home Depot U.S.A., Inc. was first served with a copy of the Summons and Complaint on September 26, 2005.

**WHEREFORE,** Defendant, Home Depot U.S.A., Inc., prays the action now pending against it in the Superior Court of the District of Columbia be removed to this Court.

/s/ _____
Matthew T. Angotti (# MD05949)

I HEREBY CERTIFY that on this 5th day of October, 2005, copy of the foregoing was mailed to:

Kenneth M. Trombly, Esq.
1050 17th Street, N.W.
Suite 1250
Washington, D.C. 20036
*Attorney for Plaintiff*
*202-887-5000*

/s/ _____
Matthew T. Angotti (# MD05949)
Anderson, Coe & King, LLP
201 N. Charles Street
Suite 2000
Balto., MD 21201
410-752-1630
*Attorney for Said Defendant*

2