SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

RUTH WASHINGTON
1205 Carrollsburg Place, SW
Washington, D.C. 20024

05-0007792

Plaintiff

v.

HOME DEPOT, INC.,
aka HOME DEPOT USA, INC.
2455 Paces Ferry Rd, NW
Atlanta, GA 30339-4024

Serve Registered Agent: CT Corporation
1015 15th Street NW
Suite 1000
Washington, D.C. 20005

RECEIVED
Civil Clerk's Office
SEP 2 3 2005
Superior Court of the
District of Columbia
Washington, D.C.

Defendant.

## COMPLAINT
(PERSONAL INJURY)

1. This Honorable Court has jurisdiction of this case in accordance with District of Columbia Code 16-921, and by virtue of the fact that the amount in controversy exceeds its minimum jurisdictional requirements.

2. At all times relevant to this complaint, defendant, Home Depot, Inc., has owned and operated a retail store located at 901 Rhode Island Ave. NE, Washington, D.C. 20018 ["the store"], selling home fixtures, building supplies and related items to the public.

EXHIBIT 1

3. On or about September 21, 2003, plaintiff was lawfully present at the store as a customer, invitee.

4. On the above date, as she was standing near a display of bathroom fixtures, a shower head that was part of the display fell from where it was setting and struck plaintiff in the area of her right foot and ankle.

5. The incident described in the paragraphs above was the sole result of the acts of defendant, by and through its agents, servants and employees, who failed to adequately secure the shower head to the display, the display not being sufficiently secured; failed to properly inspect; failed to warn and committed other acts of negligence.

6. At all times, defendant owed plaintiff an implied warranty of a reasonably safe place to shop, free of unreasonable risk of danger while on the premises; all of which was breached by the defendant.

7. As a proximate result of the aforesaid acts set out above, plaintiff sustained serious and permanent physical injury, with resulting physical and mental pain and suffering. In addition, plaintiff has incurred and will continue to incur medical bills and other economic loss.

**WHEREFORE**, plaintiff seeks judgment against defendant, in the amount of eight hundred fifty thousand dollars ($850,000.00), plus interest and costs.

Respectfully submitted,

*[signature: Kenneth M. Trombly]*

Kenneth M. Trombly, 199547
1050 17th Street, N.W.
Suite 1250
Washington, DC 20036
202-887-5000
Attorney for Plaintiff

JURY DEMAND

Plaintiff seeks a trial by jury on all issues.

*[signature: Kenneth M. Trombly]*

Kenneth M. Trombly