**CT CORPORATION**
A WoltersKluwer Company

*2228107*

**Service of Process Transmittal**
09/26/2005
Log Number 510567638

TO: Nancy Bunker
The Home Depot, Inc.
2455 Paces Ferry Road, Building C-8th Floor
Atlanta, GA, 30339-4024

RE: **Process Served in District of Columbia**

FOR: Home Depot U.S.A., Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Ruth Washington, Pltf. vs. Home Depot, Inc., aka Home Depot USA, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Initial Order, Summons, Complaint and Jury Demand |
| **COURT/AGENCY:** | Superior Court of the District of Columbia, DC<br>Case # 2005 CA 007792 B |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - Store Located at 901 Rhode Island Avenue, N.E., Washington, DC 20018. |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Washington, DC |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 09/26/2005 at 15:23 |
| **APPEARANCE OR ANSWER DUE:** | 20 Days |
| **ATTORNEY(S) / SENDER(S):** | Kenneth M. Trombly<br>1050 17th Street, N.W.<br>Suite 1250<br>Washington, DC, 20036<br>202-887-5000 |
| **REMARKS:** | Please note that we accepted the process on behalf of the AKA name Home Depot USA, Inc. because this is the active entity. |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 790656353535 |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>Mark Diffenbaugh<br>1015 15th Street, N.W.<br>Suite 1000<br>Washington, DC, 20005<br>202-572-3133 |

Page 1 of 1 / MD

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action.