## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

RUTH WASHINGTON          :

    Plaintiff          :

v.          :     Case #05-0007792

HOME DEPOT, INC.          :
a/k/a Home Depot U.S.A., Inc.
                            :

    Defendant

### ANSWER TO COMPLAINT

Home Depot U.S.A., Inc., Defendant, by its attorney, Edwin L. Keating, III, Esquire, hereby files the following Answer to Complaint, and with respect to the numbered paragraphs therein states as follows:

1. Admitted.

2. Admitted.

3. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 3 and therefore denies same.

4. Defendant is without knowledge or information sufficient to form a belief as to the truth of paragraph 4 and therefore denies same.

5. Denied.

6. Paragraph 6 attempts to state a legal conclusion and asserts no facts requiring an admission or denial. To the extent paragraph 6 is interpreted to state a fact or assertion same are denied.

7. Denied.

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim upon which relief can be granted.

2. The Complaint is barred by the applicable statute of limitations.

3. The Complaint is barred by the doctrine of assumption of risk.

4. The Complaint is barred by the doctrine of contributory negligence.

_____
Edwin L. Keating, III (Bar #492915)
Anderson, Coe & King, LLP
201 N. Charles Street
Suite 2000
Balto., MD 21201
410-752-1630
*Attorney for Said Defendant*

I HEREBY CERTIFY that on this 4th day of October, 2005, copy of the foregoing was mailed to:

Kenneth M. Trombly, Esq.
1050 17th Street, N.W.
Suite 1250
Washington, D.C. 20036
*Attorney for Plaintiff*
*202-887-5000*

_____
Edwin L. Keating, III (Bar #492915)
Anderson, Coe & King, LLP
201 N. Charles Street
Suite 2000
Balto., MD 21201
410-752-1630
*Attorney for Said Defendant*

2