CO-386
New 10/8/86

# United States District Court
# For the District of Columbia

Ruth Washington
1205 Carrollsburg Place    )
Washington, D.C. 20024     )
       Plaintiff    )
                )
     vs    )    Civil Action No._____
Home Depot, Inc.    )
2455 Paces Ferry Road, NW    )
Atlanta, GA    Defendant    )
30339-4024    )
                )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for Home Depot /U.S.A., Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Home Depot, Inc. which have any outstanding securities in the hands of the public:

See attached - Home Depot, Inc. Subsidiaries

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[signature]*
Signature

#MD05949
BAR IDENTIFICATION NO.

Matthew T. Angotti
Print Name
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Address
Balto., MD    21201
City    State    Zip Code
410-752-1630
Phone Number

# HOME DEPOT, INC. SUBSIDIARIES

The Home Depot, Inc.
HD Builder Solutions Group, Inc.
The Home Depot Supply, Inc.
Home Depot International, Inc.
Apex Supply Company, Inc.
THD At Home Services, Inc.
Brafasco Holdings II, Inc.