UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RUTH WASHINGTON**         :
                            :
   Plaintiff            :
                            :
v.                          :
                            :  1:05-CV-1984
**HOME DEPOT, INC.,**       :  Judge Friedman
**aka HOME DEPOT USA, INC.** :
                            :
   Defendant            :

## JOINT REPORT TO COURT PURSUANT TO LOCAL RULE 16.3

1. *Dispositive motions:* Unlikely

2. *Joinder date:* 60 days from the date of the November 3, 2005 status conference.

3. *Magistrate assignment:* Not at this time

4. *Settlement possibilities:* The parties will be in a better position to assess settlement possibility after paper discovery is exchanged.

5. *ADR possibilities:* The parties agree that ADR may be beneficial after the close of discovery

6. *Resolution by summary judgment:* It is unlikely that the case will be disposed of by motion. If motions are filed, the parties would seek to do so within 30 days of the close of discovery.

7. *Dispensing with initial disclosures:* The parties agree to dispense with the requirements of Rule 26(a)(1).

8. *Deadlines for discovery:* Plaintiff to name experts within 90 days. Defense experts

1

within 120 days. Interrogatories and document requests concluded by February 15, 2006. Discovery closed by June 30, 2006.

9.  *Expert reports*: The plaintiffs agree that Rule 26(a)(2) shall not apply. Experts to be deposed by the close of discovery.

10. *Class action*: Not applicable

11. *Bifurcation:* No

12. *Pretrial conference date*: September 18, 2006, or some other date selected at the upcoming status conference.

13. *Trial date*: The parties request a firm trial date

14. *Other matters*: None at this time.

Respectfully submitted,

_____
Kenneth M. Trombly, 199547
1050 17th Street, N.W., suite 1250
Washington, DC 20036
202-887-5000
Attorney for Plaintiff

_____
Matthew T. Angotti, #MD05949
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Baltimore, MD 21201
410-752-1630
Attorney for Defendant