UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUTH WASHINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1984 (PLF) |
| ) | |
| HOME DEPOT, INC., ) | |
| ) | |
| Defendants. ) | |

SCHEDULING ORDER

The parties appeared for a meet and confer status conference on November 3, 2005. Based upon the Joint Rule 16.3 Report submitted to the Court and the representations of counsel, it is hereby ORDERED that

    1.    Any motion to join additional parties shall be made by January 3, 2006.

    2.    Discovery shall be completed by June 30, 2006. Counsel must resolve all discovery disputes or bring them to the Court's attention in a timely manner so as to allow sufficient time for the completion of discovery by this date.

    3.    Each party is limited to a maximum of 25 interrogatories to any other party. All interrogatories and document requests will be made on or before February 15, 2006. Responses to all interrogatories are due 30 days after service.

    4.    Each party is limited to a maximum of 10 depositions.

    5.    Plaintiffs will identify experts on or before February 1, 2006. Defendant will identify experts on or before March 3, 2006. The parties waive the requirements of Rule

26(a)(2)(B) and (C). Depositions of each party's retained experts are to be completed by June 30, 2006.

      6.      A status conference is set for May 12, 2006 at 9:15 a.m.

      7.      Counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Court. If counsel are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with the Court by contacting chambers. Counsel shall not file a discovery motion without a prior conference with the Court and opposing counsel.

      8.      Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, e.g., mediation or neutral evaluation, is encouraged and is available by request of the Court at any time, as is a settlement conference before a magistrate judge. If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

      SO ORDERED.

      _____/s/_____
      PAUL L. FRIEDMAN
      United States District Judge

DATE: November 4, 2005