UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

RUTH WASHINGTON              *

    Plaintiff,              *

v.                           *   Civil Action No.: 05-1984(PLF)

HOME DEPOT, INC.,            *
aka HOME DEPOT USA, INC.
                             *

    Defendant.
                             *

*   *   *   *   *          *   *   *   *   *

### CONSENT MOTION TO MODIFY SCHEDULING ORDER BY EXTENDING DATES FOR EXPERT DESIGNATIONS

      The plaintiff, with the consent of the defendant, moves to modify this Court's scheduling order of November 4, 2005, by extending the dates for expert designations. In support of this motion, plaintiff relies on the accompanying memorandum of points and authorities.

                                                Respectfully submitted,

                                                _/s/ Kenneth M. Trombly_
                                                Kenneth M. Trombly, #199547
                                                Schultz & Trombly, PLLC
                                                1050 17th Street, NW
                                                Suite 1250
                                               Washington, DC 20036
                                               (202) 887-5000

                                               _Attorney for Plaintiff_

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

RUTH WASHINGTON                *

    Plaintiff,              *

v.                             *      Civil Action No.: 05-1984(PLF)

HOME DEPOT, INC.,              *
aka HOME DEPOT USA, INC.
                                                    *

    Defendant.
                                                *

\*   \*   \*   \*   \*          \*   \*   \*   \*   \*


## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO MODIFY SCHEDULING ORDER BY EXTENDING DATES FOR EXPERT DESIGNATIONS

      This premises liability case arises out of events that occurred at a Home Depot store when plaintiff was struck by a falling metal shower head that was part of a retail display located in the store. While plaintiff has propounded written discovery to the defendant, the responses have not been forthcoming on account of logistical problems the defendant has encountered in retrieving certain requested doumentation. This, in turn, has delayed the identification of witnesses for fact depositions. Accordingly, the undersigned is not in a position to complete the plaintiff's liability expert designation and seeks additional time to do so. As to naming medical experts, in light of an incomplete medical record that we are in the midst of supplementing, we would also benefit from some additional time in this regard.

      Based on the foregoing, the parties have agreed that a 30 day extension of the deadlines for designation of plaintiff's experts, and a similar extension for the designation of defendant's experts, will give sufficient time for these filings to be completed. Importantly, the requested extensions, if granted, will not affect the other deadlines that the Court has established in this case. No previous extensions have been requested.

                                                Respectfully submitted,

                                               */s/ Kenneth M. Trombly*

                                               Kenneth M. Trombly, #199547
                                               Schultz & Trombly, PLLC
                                               1050 17th Street, NW, Suite 1250
                                               Washington, DC 20036
                                               (202) 887-5000
                                               *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27 day of January, 2006, a copy of the foregoing Consent order to modify scheduling order by extending dates for expert designations was mailed first class, postage prepaid, to:

Matthew T. Angotti
Anderson, Coe & King, LLP
201 N. Charles St.
Suite 2000
Baltimore, MD 21201

*Attorney for Defendant*

Kenneth M. Trombly

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RUTH WASHINGTON | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 05-1984(PLF) |
| | | Judge Friedman |
| HOME DEPOT, INC., | * | |
| aka HOME DEPOT USA, INC. | * | |
| Defendant. | * | |

\* \* \* \* \*        \* \* \* \* \*

## ORDER

This matter having come before the Court in connection with plaintiff's consent motion to modify scheduling order by extending dates for expert designations, no opposition having been filed and it appearing that good cause exists for the granting of the motion, it is this _____ day of _____, 2006,

ORDERED, that this Court's scheduling order of November 4, 2005 be and is hereby modified by extending the dates for the parties' expert designations by thirty days, so that plaintiff's and defendant's expert designations will be due on March 3, 2006 and April 3, 2006, respectively.

SO ORDERED

_____
PAUL L. FRIEDMAN
United States District Judge

Kenneth M. Trombly
Schultz & Trombly, PLLC
1050 17th Street, NW Suite 1250
Washington, DC 20036

Matthew T. Angotti
Anderson, Coe & King, LLP
201 N. Charles St., Suite 200
Baltimore, MD 21201