UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RUTH WASHINGTON | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 05-1984(PLF) |
| HOME DEPOT, INC., aka HOME DEPOT USA, INC. | * | |
| | * | |
| Defendant. | | |
| | * | |

\* \* \* \* \* \*     \* \* \* \* \* \*

## PLAINTIFF'S EXPERT DISCLOSURE

Lawrence Dinoff, of Robson Forensic, Inc., 354 North Prince Street, Lancaster, Pennsylvania, 17603, is an expert in the field of premises safety, including in a retail store context. He is expected to offer opinions on the state and safety of the display to which the showerhead that is alleged to have fallen and struck plaintiff was attached as well as the probable causes of, and the nature of, the incident. He is expected to opine, in part, that the appropriate standard of care was not met in this instance and that it constituted negligence. This included, but is not necessarily limited to, the failure to utilize a display so as to prevent breakable and other articles from falling and injuring customers, failure to utilize such means as "look-don't touch" displays and/or attaching cords or ties to products to permit inspection but to avoid injury. Mr. Dinoff is expected to rely on publications of the National Safety Council and safety manuals from national retailers, his knowledge and examinations of other displays, as well as his examination of photographs and of the physical objects and other discovery materials and documents produced in this case. We anticipate supplementing this disclosure as discovery progresses.

Paul Cooper, M.D., Georgetown University Hospital, 3800 Reservoir Rd., NW, Washington, D.C., is an orthopedic physician who has treated plaintiff in connection with the injuries she sustained as a result of the incident giving rise to this lawsuit. He is expected to offer opinions regarding mechanism of injury, nature of injury, reasonableness and need for treatment, proximate cause, permanency, disability and related areas. He will rely on his examinations and treatment of plaintiff, as well as his review of medical records and his experience in the field.

The following individuals are fact witnesses who have treated plaintiff and who may also be asked to offer opinions as to plaintiff's mechanism of injury, nature of injury, reasonableness and need for treatment, proximate cause, permanency, disability and related issues:

Denis R. Harris, M.D.
3301 New Mexico Ave., NW
Suite 346
Washington, DC 20016

Neil A. Green, M.D.
Phillips & Green, MD
9400 Livingston Rd.
Suite 210
Fort Washington, MD 20744

Alan D. Aaron, M.D.
5530 Wisconsin Ave.
Suite 604
Chevy Chase, MD 20815

Abraham A. Cherrick, MD
2800 Shirlington Rd.
Suite 102
Arlington, VA 22206

David Vivek, MD
3301 New Mexico Ave., NW
Suite 106
Washington, DC 20016-3622

          Respectfully submitted,

          _____/s/_____
          Kenneth M. Trombly, 199547
          1050 17th Street, NW
          Suite 1250
          Washington, DC 20036
          (202) 887-5000

          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 3, 2006, a copy of the foregoing plaintiff's witness list was mailed postage prepaid to:

Matthew Angotti, Esq.
Anderson, Coe & King, LLP
201 N. Charles St.
Suite 2000
Baltimore, MD 21201

          _____/s/_____
          Kenneth M. Trombly