UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUTH WASHINGTON | * |
|    Plaintiff | * |
| v. | *    Civil Action No. 1:05-CV-1984 |
| HOME DEPOT, INC., aka<br>HOME DEPOT USA, INC. | *    Judge Friedman |
| | * |
|    Defendant | |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT'S DESIGNATION OF EXPERT WITNESS

Defendant, Home Depot, Inc., aka Home Depot U.S.A., Inc., by its attorney, Matthew T. Angotti, pursuant to the Scheduling Order in this case, hereby reserves the right to call at trial the following expert witness:

1. JOHN MCCONNELL, M.D., Commonwealth Orthopedics and Rehabilitation, 1635 North George Mason Drive, Suite 310, Arlington, Virginia; 703-525-6100.

JOHN MCCONNELL, M.D., a board certified orthopedic surgeon, will testify and offer his opinion pertaining to the injuries allegedly sustained by Plaintiff, the reasonableness and necessity of the care and treatment received by Plaintiff as well as the reasonableness of Plaintiff's medical bills. Dr. McConnell will testify pertaining to permanent injury alleged by Plaintiff and/or Plaintiff's experts. Dr. McConnell will also offer testimony in response to the opinions offered by Plaintiff's experts.

Dr. McConnell will perform an IME of Plaintiff. After the IME is completed, Dr. McConnell will issue a written report of his findings and he will testify in accordance with his opinions contained in that written report. A copy of Dr. McConnell's written report will be provided to Plaintiff as soon as it is issued to Defendant. Dr. McConnell's curriculum vitae will

be provided supplementally under separate cover, along with information regarding his publications and other background information.

2. Defendant reserves the right to call any of Plaintiff's experts and treating health care providers as expert witnesses.

3. Defendant also reserves the right to designate additional expert after Plaintiff's experts have been deposed.

*/s/ Matthew T. Angotti*
Matthew T. Angotti, Esquire
(Federal Bar No. 05949)
ANDERSON, COE & KING, LLP
201 North Charles Street
Suite 2000
Baltimore, Maryland 21202
(410) 752-1630
Attorney for Home Depot U.S.A, Inc.

## CERTIFICATE OF SERVICE

I hereby certify this 3rd day of April 2006 that a copy of Defendant's Designation of Experts was sent via facsimile and first-class mail to:

Kenneth M. Trombly, Esquire
Schultz & Trombly, PLLC
1050 17th Street, N.W.
Suite 1250
Washington, D.C. 20036

*/s/ Matthew T. Angotti*
Matthew T. Angotti