UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RUTH WASHINGTON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1984 (PLF) |
| HOME DEPOT, INC. | ) |
| Defendant. | ) |

ORDER

Plaintiff and defendant recently filed with the Court their initial disclosures pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure.  As the Federal and Local Rules make clear, however, discovery material is not to be filed with the Court unless so ordered.  See FED. R. CIV. P. 26(a)(4); LCvR 5.2(a).  Accordingly, it is hereby

ORDERED that the parties shall cease filing discovery with the Court.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 6, 2006