UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUTH WASHINGTON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1984 (PLF) |
| HOME DEPOT, INC., | ) |
| Defendants. | ) |

ORDER OF REFERRAL

This matter came before the Court for a status conference on May 12, 2006. At that time, the parties indicated that the case would benefit from settlement discussions with a magistrate judge. Accordingly, it is hereby

ORDERED that this matter is referred to Magistrate Judge Kay for settlement discussions, beginning on or after July 15, 2006; discussions shall conclude on or before August 31, 2006. The parties will contact Magistrate Judge Kay's chambers to schedule a settlement conference; and it is

FURTHER ORDERED that the parties shall file a joint status report on or before August 31. 2006.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 15, 2006