UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RUTH WASHINGTON** | * | |
|    Plaintiff | * | |
| v. | * | Civil Action No. 1:05-CV-1984 |
| **HOME DEPOT, INC., aka** **HOME DEPOT USA, INC.** | * | Judge Friedman |
| | * | |
|    Defendant | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONSENT MOTION TO EXTEND DISCOVERY DEADLINE

Defendant, by and through its attorney, Matthew T. Angotti, does hereby move with consent of the Plaintiff, to extend the discovery deadline from June 30, 2006 to August 10, 2006, the date of mediation, and in support thereof, states as follows:

1. This is a case involving alleged negligence, premises liability and bodily injury.

2. Plaintiff and Defendant have actively been engaged in discovery.

3. The discovery deadline in this case is June 30, 2006. As the parties have not been able to coordinate calendars with all experts involved for deposition purposes, and as discovery will therefore need to occur past the June 30, 2006 deadline to accommodate expert scheduling, Plaintiff and Defendant hereby request more time to complete said discovery.

4. An extension of time to complete discovery will not interfere with Court mandated deadlines in the scheduling order.

5. Allowing the parties to complete discovery will assist the parties in preparing for mediation and may help the parties in reaching settlement.

6. Accordingly, Defendant, through its attorney, Matthew T. Angotti, does hereby move with consent of Plaintiff and requests that the discovery deadline be extended to August 10, 2006.

So Stipulated and Agreed:

_____//s//_____  
Kenneth M. Trombly, Esquire  
Schultz & Trombly, PLLC  
1050 17th Street, N.W., Suite 1250  
Washington, D.C. 20036  
Attorney for Plaintiff

_____//s//_____  
Matthew T. Angotti  
ANDERSON COE AND KING  
201 North Charles Street, Suite 2000  
Baltimore, Maryland  21201  
Attorneys for Defendants/Third Party Plaintiffs

Date Filed:  June 30, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RUTH WASHINGTON** | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 1:05-CV-1984 |
| **HOME DEPOT, INC., aka HOME DEPOT USA, INC.** | * | Judge Friedman |
| | * | |
| Defendant | * | |
| | * | |

**********************

## **ORDER**

Upon consideration of Defendant Home Depot, USA, Inc.'s Motion for Extension of the Discovery Deadline, and upon the consent of the Plaintiff, Defendant Home Depot USA, Inc.'s motion is hereby GRANTED and the discovery deadline in the above-captioned case is changed to August 10, 2006.

_____
Judge, United States District Court for the
District of Columbia

3