UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUTH WASHINGTON | * |
|   Plaintiff | * |
| v. | *   Civil Action No. 1:05-CV-1984 |
| HOME DEPOT, INC., aka<br>HOME DEPOT USA, INC. | *   Judge Friedman |
| | * |
|   Defendant | * |
| | * |

**********************

## CONSENT MOTION FOR PROTECTIVE ORDER REGARDING CONFIDENTIAL BUSINESS DOCUMENTS

Defendant, Home Depot U.S.A., Inc., by its attorneys Matthew T. Angotti and Emily Jordan Hammann, pursuant to Federal Rule of Civil Procedure 26(b)(5)(c), moves for a protective order limiting dissemination of confidential business documents, and says:

1. Plaintiff, Ruth Washington, filed a Complaint against the Home Depot U.S.A., Inc. alleging that on September 21, 2003 while shopping in the Home Depot store located at 901 Rhode Island Avenue, NE in Washington, D.C., she sustained an injury to her right foot when a shower head fell from a display.

2. The parties have exchanged written discovery requests. Plaintiff's Interrogatory Number 5 requests Third Party Defendant to describe any written report concerning "the condition of the display at the premises involved in the occurrence at any time within the last five years." **(Exhibit A)**.

3. Plaintiff's Interrogatory Number 10 requests that Defendant "Identify all photographs, maps, diagrams, illustrations and other documentary evidence of which you are aware, which factually support any of your defenses to this claim and/or which otherwise relate to this claim." **(Exhibit A)**.

4. Plaintiff's Request for Production of Documents Number 1 seeks the production of "All written policy and procedures, directives, bulletins, company manuals, rules and regulations, directives, notices of other documents in effect at the time of the occurrence, utilized by defendant regarding avoidance of fixtures and other objects falling and striking customers." **(Exhibit B).**

5. Defendant possesses an installation/ launch kit manual for the shower head and display in question that is responsive to these requests. Defendant avers that these documents constitute confidential commercial information, trade secrets, and other proprietary information.

6. Defendant wishes to produce the document pertaining to the shower head/ bathroom fixture display and installation subject to a protective order limiting dissemination of these confidential business documents to Plaintiff, Plaintiff's experts, such other persons already identified by Plaintiff as having knowledge of or involvement in this case, and the Judge and Jury for trial purposes.

7. Counsel for Plaintiff consents to this motion and has agreed to and signed the attached proposed Protective Order.

WHEREFORE, The Parties hereby move this Court to enter the attached proposed Protective Order regarding Confidential Information.

Respectfully submitted,

| //s// | //s// |
|---|---|
| Kenneth M. Trombly, Esquire | Matthew T. Angotti |
| Schultz & Trombly, PLLC | ANDERSON COE AND KING |
| 1050 17th Street, N.W., Suite 1250 | 201 North Charles Street, Suite 2000 |
| Washington, D.C. 20036 | Baltimore, Maryland 21201 |
| Attorney for Plaintiff | Attorneys for Defendant |

Date Filed: July 11, 2006