UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

RUTH WASHINGTON              *

    Plaintiff,              *

v.                           *       Civil Action No.: 05-007792B
                                          Judge Friedman
HOME DEPOT, INC.,            *
aka HOME DEPOT USA, INC.
                                      *

    Defendant.
                                      *

\*    \*    \*    \*    \*              \*    \*    \*    \*    \*

## PLAINTIFF'S INTERROGATORIES TO DEFENDANT, HOME DEPOT, INC., AKA HOME DEPOT USA, INC.

    A.    These interrogatories are continuing in character, so as to require you to file supplementary answers if you obtain further or different information before trial.

    B.    Where the name or identify of a person is requested, please state that person's full name, home address, business address and last known home and work telephone numbers.

    C.    Where knowledge or information in possession of a party is requested, such request includes knowledge of the party's agents, representatives, and unless privileged, his attorneys. Inasmuch as an answer is made on behalf of a corporation, state the name, address and title of the person supplying the information and making the affidavit; as well as the source of his/her information.

    D.    The term "the premises," refers to the Home Depot Retail Store owned by defendant located at 901 Rhode Island Ave. NE, Washington, D.C. 20018.

    E.    The term "the showerhead," refers to the showerhead that fell from the display to which it was attached and struck the plaintiff on or about September 21, 2003.

    F.    The term "the display," refers to the display containing bathroom fixtures from which a showerhead fell and struck the plaintiff on or about September 21, 2003.

EXHIBIT A

G.  The term "the occurrence," refers to the accident in which plaintiff was involved on or about September 21, 2003, which is complained of in the pleadings.

## INTERROGATORIES

1. State the name and relationship(s) to this defendant of the person(s) answering these interrogatories.

2. As to each incident of which this defendant is aware when an individual claims to have been struck or otherwise been injured as the result of fixtures or other objects at the premises becoming detached or not otherwise properly attached to displays, identify the parties involved, the applicable dates, and the allegations and final outcome of any case or claim.

3. As to each incident of which this defendant is aware when an individual claims to have been struck or otherwise been injured as the result of any of the showerheads or fixtures at the premises allegedly becoming detached, striking a customer, or otherwise not being properly attached to the display, identify the parties involved, the applicable dates, the allegations and final outcome of any case or claim.

4. As to each incident of which this defendant is aware when an individual claims to have been struck or otherwise been injured as the result of the showerhead allegedly becoming detached, striking a customer, or otherwise not being properly attached to a display, identify the parties involved, the applicable dates, the allegations and final outcome of any case or claim.

5. As to all written or oral reports, or other documents of which you are aware concerning (a) the occurrence and/or (b) the condition of the display at the premises involved in the occurrence at any time within the last five years; describe each report, identifying the person(s) preparing or making each report, the date of each report and state who presently has custody of same.

6. If you allege that if plaintiff was injured, then it was the result of third parties or entities not presently parties to this lawsuit, identify each entity and state the specific facts upon which you are relying in making your allegation.

7. If you contend that any alleged injuries of plaintiff were the result of her own negligence, state every fact upon which you rely, in support of this contention.

8. As to all oral, written, or otherwise recorded statements or admissions of which you are aware, made by the plaintiff concerning any aspect of plaintiff's case, identify each statement or admission, persons who were witnesses thereto and applicable dates.

9. As to all repairs and/or other corrective measures performed concerning the display and/or the showerhead or any part thereof which was performed by any of your agents, servants and employees and/or otherwise at your direction and/or request, state what was performed, why this act was performed, who performed it, and when it was performed.

10. Identify all photographs, maps, diagrams, illustrations and other documentary evidence of which you are aware, which factually support any of your defenses to this claim and/or which otherwise relate to this claim.

11. Identify each individual whose duties included the maintenance, inspections and/or repair of the display at the premises, and/or to whom this task was otherwise delegated, (a) on the date of the occurrence and (b) for the six month year period before and following the date of the incident.

12. Identify all persons known to you who have any knowledge of facts pertaining to the circumstances of the occurrence, indicating which ones were eyewitnesses.

13. Identify all persons who investigated the cause and circumstances of the occurrence and the results of their investigation.

14. Identify all individuals whom you will be calling as expert witnesses at the trial of

this case, also noting as to each expert, the summary of the expert opinion to be rendered and a description of the facts upon which the opinion is based.

15. As to the occurrence, state the following:

    a. the specific cause(s) of the showerhead being detached from the display that date, and the reasons therefor;

    b. a description of all corrective measures taken after the occurrence, applicable dates and the reasons therefor.

16. As to the showerhead that fell and struck the plaintiff at the time of the occurrence state;

    a. the manufacturer, model number, dimensions, and weight of the showerhead that struck the plaintiff and the height from which it fell;

    b. a description and date of each such incident of which you are aware wherein the showerhead was detached from the display at any other time, and the identify of any individual who alleges she/he was injured in each instance;

    c. the dates, of purchase, installation, repair, maintenance and replacement (if applicable) of the display; and the persons or entity performing each such function;

    d. a description of all documents which contain any information responsive to sub-parts a through c above.

Respectfully submitted,

*[signature]*

Kenneth M. Trombly, #199547
Suite 1250
1050 17th Street, N.W.
Washington, D.C. 20036
(202) 887-5000

*Attorney for Plaintiff*