-3-

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RUTH WASHINGTON | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 1:05-CV-1984 |
| HOME DEPOT, INC., aka HOME DEPOT USA, INC. | * | Judge Friedman |
| | * | |
| Defendant | | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Upon consideration of Defendant Home Depot, USA, Inc.'s Motion for a Protective Order Regarding Confidential Business Documents, and upon the consent of the Plaintiff, Defendant Home Depot USA, Inc.'s motion to limit of these confidential business documents to Plaintiff, Plaintiff's experts, such other persons already identified by Plaintiff as having knowledge of or involvement in this case, and the Judge and Jury for trial purposes, is hereby GRANTED.

_____
Judge, United States District Court for the
District of Columbia