UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| RUTH WASHINGTON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1984 (PLF) |
| HOME DEPOT, INC., | ) ) ) | |
| Defendant. | ) ) | |

ORDER

At the request of the parties, this matter was referred to Magistrate Judge Alan Kay for settlement discussions, beginning on or after July 15, 2006, to conclude on or before August 31, 2006. The parties were ordered to file a joint status report with the Court on or before August 31, 2006. To date, no such report has been received. Furthermore, the Court has been advised by the chambers of Magistrate Judge Kay that this case has settled. Accordingly, it is hereby

ORDERED that on or before September 15, 2006, the parties shall file a notice of dismissal or a joint status report advising the Court what good cause they have for failing to meet their original August 31, 2006 joint status report deadline.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 7, 2006