UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RUTH WASHINGTON | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 1:05-CV-1984 |
| HOME DEPOT, INC., aka HOME DEPOT USA, INC. | * | Judge Friedman |
| | * | |
| Defendant | * | |

********************

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-captioned action, by their undersigned counsel, hereby stipulate to the dismissal with prejudice of this action.

_____/s/_____
Kenneth M. Trombly
(Federal Bar No. 02822)
Schultz & Trombly, PLLC
1050 17th Street, N.W.
Suite 1250
Washington, D.C. 20036
202-887-5000

_____/s/_____
Matthew T. Angotti, Esquire
(Federal Bar No. 05949)
ANDERSON, COE & KING, LLP
201 North Charles Street
Suite 2000
Baltimore, Maryland 21202
410-752-1630
Attorney for Home Depot U.S.A, Inc